```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

GARDNER MCKAY WEAVER,            :
AIS #228713                      :
                                 :
    Plaintiff,                   :
                                 :
vs.                              : CIVIL ACTION NO. 11-00385-WS-B
                                 :
DEBRA TONEY, *et al.*,           :
                                 :
    Defendants.                  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion for Leave to Amend is **granted** to the extent that Plaintiff seeks to include a "jury trial demand" and to clarify that Defendant Toney is being sued in both her official and individual capacity. The motion is **denied** in all other respects.

DONE this 7th day of March, 2012.

                              s/WILLIAM H. STEELE
                              **CHIEF UNITED STATES DISTRICT JUDGE**