```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

GARDNER MCKAY WEAVER, #228713,    :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :   CIVIL ACTION NO. 11-00385-WS-B
                                  :
DEBRA TONEY, *et al.*,            :
                                  :
    Defendants.                   :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

    DONE this 16th day of August, 2012.

                                      s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE