```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

**GARDNER MCKAY WEAVER, #228713,**  :
                                    :
    Plaintiff,                         :
                                    :
vs.                                 :   CIVIL ACTION NO. 11-00385-WS-B
                                    :
**DEBRA TONEY,** *et al.*,              :
                                    :
    Defendants.                       :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice.

DONE this 16th day of August, 2012.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE